# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 08, 2022

Mr. Kenneth Hugh Laborde  
Gieger, Laborde & Laperouse, L.L.C.  
701 Poydras Street  
Hancock Whitney Center  
Suite 4800  
New Orleans, LA 70139

    No. 22-30353   American Petroleum v. Healthy Gulf  
                  USDC No. 2:21-CV-2506

Dear Mr. Laborde,

We are taking no action on your Appellees' brief, as the incorrect filing event was used. You must re-file the brief using the event "Appellee/Respondent Brief Filed" found under the "Briefs" tab in the ECF Filing System.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Allison G. Lopez, Deputy Clerk  
                        504-310-7702

cc:  Ms. Kirti Datla  
     Mr. Christopher D. Eaton  
     Ms. Victoria Elizabeth Emmerling  
     Mr. John S. Guttmann III  
     Ms. Melissa A. Hornbein  
     Ms. Emily Henrion Posner