No. 22-30353

# United States Court of Appeals for the Fifth Circuit

AMERICAN PETROLEUM INSTITUTE, ET AL.,
*Plaintiffs-Appellees*,

v.

U.S. DEPARTMENT OF INTERIOR,
*Defendant*,

v.

HEALTHY GULF, ET AL.,
*Movants-Appellants*.

On Appeal from the United States District Court
for the Western District of Louisiana
The Honorable Terry A. Doughty
No. 2:21-cv-2506

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS THIS APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(B)**

Kirti Datla
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, DC 20009
(202) 797-5241
kdatla@earthjustice.org

August 30, 2023          *Counsel for Movants-Appellants*

*(additional counsel listed at end)*

# CERTIFICATE OF INTERESTED PARTIES

Counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made so that the judges of this court may evaluate possible disqualification or recusal.

**Movants-Appellants:**

1. Center for Biological Diversity
2. Citizens for a Healthy Community
3. Cook Inletkeeper
4. Defenders of Wildlife
5. Food & Water Watch
6. Friends of the Earth
7. Great Old Broads for Wilderness
8. Healthy Gulf
9. Montana Environmental Information Center
10. Oceana
11. Sierra Club
12. The Wilderness Society
13. Valley Organic Growers Association
14. Western Organization of Resource Councils
15. Western Watersheds Project
16. WildEarth Guardians

**Counsel for Movants-Appellants Cook Inletkeeper, Defenders of Wildlife, Friends of the Earth, Great Old Broads for Wilderness, Healthy Gulf, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, and Western Watersheds Project:**

17. Thomas R. Delehanty, Earthjustice
18. Christopher Douglass Eaton, Earthjustice
19. Shana Emile, Earthjustice
20. Michael S. Freeman, Earthjustice
21. Corinne Jacqueline Van Dalen, Earthjustice

**Counsel for Movants-Appellants Center for Biological Diversity, Citizens for a Healthy Community, Food & Water Watch, Montana Environmental Information Center, WildEarth Guardians, and Western Organization of Resource Councils:**

22. Melissa Anne Hornbein, Western Environmental Law Center
23. Emily Henrion Posner, Law Office of Emily H. Posner
24. Kyle J. Tisdel, Western Environmental Law Center

**Plaintiffs-Appellees:**

25. American Petroleum Institute
26. American Exploration & Production Council
27. Aries Marine Corp
28. EnerGeo Alliance (formerly known as International Association of Geophysical Contractors)
29. Independent Petroleum Association of America
30. International Association of Drilling Contractors
31. National Ocean Industries Association
32. Montana Petroleum Association
33. North Dakota Petroleum Council
34. Petroleum Alliance of Oklahoma
35. Southeast Oil & Gas Association
36. Utah Petroleum Association
37. Western States Petroleum Association
38. Valveworks USA Inc

**Counsel for Plaintiffs-Appellees:**

39. James M. Auslander, Beveridge & Diamond
40. Victoria Elizabeth Emmerling, Gieger Laborde & Laperouse
41. Kenneth H. Laborde, Gieger Laborde & Laperouse
42. Peter J. Schaumberg, Beveridge & Diamond

**Defendants**

43. Bureau of Land Management
44. Bureau of Ocean Energy Management
45. Nada Culver, in her official capacity as Deputy Director of Policy & Programs, Bureau of Land Management

46. Laura Daniel-Davis, in her official capacity as Principal Deputy Assistant Secretary for Land & Minerals Management
47. Debra Haaland, in her official capacity as Secretary of the Interior
48. Amanda Lefton, in her official capacity as Director of the Bureau of Ocean Energy Management
49. U.S. Department of the Interior

**Counsel for Defendants**

50. Michael Sawyer, U.S. Department of Justice, Environmental Enforcement Section
51. Thomas Ports, Jr., U.S. Department of Justice, Civil Rights Division, Criminal Section

August 30, 2023                    /s/ Kirti Datla

Kirti Datla
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, DC 20009
(202) 797-5241
kdatla@earthjustice.org

*Counsel for Movants-Appellants*

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS THIS APPEAL**

Appellant Conservation Groups[1] move to voluntarily dismiss this appeal under Federal Rule of Appellate Procedure 42(b).

The Conservation Groups' appeal asks this Court to decide whether the District Court erred when it denied the Groups' motion to intervene, as a matter of right or of permission, in the underlying litigation. That litigation began in August 2021, when oil and gas industry associations and companies challenged the federal government's oil-and-gas leasing policies. They allege that Federal Defendants adopted an "indefinite moratorium on all federal oil and gas lease sales," through their implementation of various federal statutes and did so "in direct response to Section 208 of President Biden's Executive Order 14008." 1st Supp. & Am. Compl. ¶¶ 1–2 (Dec. 6, 2021), ROA.1294. When the Groups appealed, they believed those claims would be swiftly litigated to a judgment.

However, that no longer appears to be true. After this appeal was briefed and awaiting oral argument or a decision, the District Court dismissed two of the Industry Associations' causes of action. Report & Recommendation at 22

---

[1] The groups are Healthy Gulf, Center for Biological Diversity, Citizens for a Healthy Community, Cook Inletkeeper, Defenders of Wildlife, Food & Water Watch, Friends of the Earth, Great Old Broads for Wilderness, Montana Environmental Information Center, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, Western Organization of Resource Councils, Western Watersheds Project, and WildEarth Guardians.

(Oct. 5, 2022), Dkt. 94; Judgment at 1–2 (Nov. 3, 2022), Dkt. 97. In the 300 days that have passed since then, the only substantive movement on the docket is the Federal Defendants' answer, filed days after that dismissal.

As the Conservation Groups previously noted, if the underlying litigation is unlikely to move forward, then it would be a waste of this Court's resources, and the parties', to resolve this appeal. *See* Mot. To Stay Further Proceedings in This Appeal for 90 Days at 5 (July 17, 2023). But because the Groups are not a party to that litigation, they cannot say with certainty why the litigation has lain dormant for ten months and thus whether it will, in fact, proceed. The Industry Associations have not offered any insight on that front. *See id.*; Response at 1–2 (July 27, 2023) (addressing the possibility that the litigation is moot but not why the docket reflects no action to move the remaining claims forward).

For that reason, the Conservation Groups sought a stay from this Court to provide time to confirm whether the underlying litigation is likely to proceed and, it follows, whether there is a need to continue this appeal. This Court granted the Groups' motion in part and stayed proceedings for 30 days. *See* Order at 2 (July 31, 2023). The stay has now expired, and there has been no movement on the District Court docket.

In light of the nearly year-long lack of activity in the underling litigation since the Conservation Groups filed this appeal, they have concluded that the remaining claims are unlikely to move forward. Though they maintain that the District Court improperly denied their intervention in June of 2022, the events (or lack thereof) of the year-plus that has since passed have reduced the practical need for this Court to address that error. In the interest of preserving this Court's valuable resources, and the parties', the Conservation Groups therefore move to voluntarily dismiss this appeal under Federal Rule of Appellate Procedure 42(b).

Counsel for the Conservation Groups contacted counsel for the Industry Associations regarding this motion. *See* 5th Cir. R. 27.4; 5th Cir. R. 31.4.1(b). Counsel for the Industry Associations stated that they do not oppose a voluntary dismissal, with the parties to bear their own costs.

## CONCLUSION

For these reasons, the Conservation Groups request that this Court dismiss this appeal under Federal Rule of Appellate Procedure 42(b), with the parties to bear their own costs.

| | |
|---|---|
| August 30, 2023 | Respectfully submitted, |
| /s/ Melissa A. Hornbein | /s/ Kirti Datla |
| Melissa A. Hornbein<br>WESTERN ENVIRONMENTAL LAW CENTER<br>103 Reeders Alley<br>Helena, MT 59601<br>(406) 708-3058<br>hornbein@westernlaw.org | Kirti Datla<br>EARTHJUSTICE<br>1001 G Street NW, Suite 1000<br>Washington, DC 20009<br>(202) 797-5241<br>kdatla@earthjustice.org |
| Kyle Tisdel<br>WESTERN ENVIRONMENTAL LAW CENTER<br>208 Paseo del Publo Sur, Unit 602<br>Taos, NM 87571 | Christopher Eaton<br>EARTHJUSTICE<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104 |
| Emily Henrion Posner<br>POSNER LAW<br>7214 Saint Charles Avenue<br>New Orleans, LA 70118 | *Counsel for Movants-Appellants Cook Inletkeeper, Defenders of Wildlife, Friends of the Earth, Great Old Broads for Wilderness, Healthy Gulf, Oceana, Sierra Club, The Wilderness Society, Valley Organic Growers Association, and Western Watersheds Project* |
| *Counsel for Movants-Appellants Center for Biological Diversity, Citizens for a Healthy Community, Food & Water Watch, Montana Environmental Information Center, WildEarth Guardians, and Western Organization of Resource Councils* | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on August 30, 2023. I certify that I served this motion on counsel for all parties via the Court's CM/ECF system.

| | |
|---|---|
| August 30, 2023 | /s/ Kirti Datla |
| | Kirti Datla |
| | EARTHJUSTICE |
| | 1001 G Street NW, Suite 1000 |
| | Washington, DC 20009 |
| | (202) 797-5241 |
| | kdatla@earthjustice.org |
| | *Counsel for Movants-Appellants* |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 650 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.1.

This motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) and Fifth Circuit Rule 32.1 because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2010 in Calisto MT 14-point font.

August 30, 2023

/s/ Kirti Datla

Kirti Datla
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, DC 20009
(202) 797-5241
kdatla@earthjustice.org

*Counsel for Movants -Appellants*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning, program and is free from viruses.

| | |
|---|---|
| August 30, 2023 | /s/ Kirti Datla |
| | Kirti Datla |
| | EARTHJUSTICE |
| | 1001 G Street NW, Suite 1000 |
| | Washington, DC 20009 |
| | (202) 797-5241 |
| | kdatla@earthjustice.org |
| | *Counsel for Movants -Appellants* |